UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERMAINE EWING, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:09CV0393 DJS/AGF |
| | ) |
| TROY STEELE, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the Petitioner's request [Doc. #15] to expand the record is **DENIED**. The Court notes that the amended motion for postconviction relief in case no. ED90286 is already part of the record. The Court's initial review of Petitioner's claims and Respondent's response to the show cause order does not suggest that any of the other requested records are relevant in this action. Should any additional records be required when the Court reviews this case in depth, the Court will order supplementation of the record at that time.

                                                        _/s/ Audrey G. Fleissig_
                                                        AUDREY G. FLEISSIG
                                                        UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of January, 2010.